UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   OLIVIA CARDWELL
   1108 CHESTNUT ST.
   HAMILTON, OH  45011

CASE NO. 18-12935
CHAPTER 13
JUDGE JEFFERY P. HOPKINS

    Debtor

## NOTICE OF INTENTION TO PAY CLAIMS

The Chapter 13 Trustee, Margaret A Burks, hereby gives notice of her intent to pay the claims of creditors named in the amounts set forth below, pursuant to 11 U.S.C. Section 502 and Federal Rule of Bankruptcy Procedure 3002.

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| AMERICAN EXPRESS<br>% BECKET & LEE<br>P.O. BOX 3001<br>MALVERN, PA  19355-0701 | 40.00 | $983.45 | UNSECURED CREDITOR<br>CLM#: 0006<br>ACCT: 1001<br>COMMENT: |
| AMERICAN INFOSOURCE<br>P.O. BOX 5008<br>CAROL STREAM, IL  60197 | 40.00 | $241.34 | UNSECURED CREDITOR<br>CLM#: 0012<br>ACCT: 3691<br>COMMENT: |
| CAPITAL ONE BANK<br>BY AMERICAN INFOSOURCE LP<br>P.O. BOX 71083<br>CHARLOTTE, NC  28272 | 40.00 | $994.04 | UNSECURED CREDITOR<br>CLM#: 0007<br>ACCT: 5885<br>COMMENT: |
| CAPITAL ONE BANK<br>BY AMERICAN INFOSOURCE LP<br>P.O. BOX 71083<br>CHARLOTTE, NC  28272 | 40.00 | $786.99 | UNSECURED CREDITOR<br>CLM#: 0008<br>ACCT: 0964<br>COMMENT: |
| CAPITAL ONE BANK<br>BY AMERICAN INFOSOURCE LP<br>P.O. BOX 71083<br>CHARLOTTE, NC  28272 | 40.00 | $839.60 | UNSECURED CREDITOR<br>CLM#: 0009<br>ACCT: 3619<br>COMMENT: |
| CCA-DIVISION OF TAXATION<br>205 W. SAINT CLAIR AVENUE<br>CLEVELAND, OH  44113-1503 | 40.00 | $10,586.61 | UNSECURED CREDITOR<br>CLM#: 0010<br>ACCT: 4319<br>COMMENT: |
| CCA-DIVISION OF TAXATION<br>205 W. SAINT CLAIR AVENUE<br>CLEVELAND, OH  44113-1503 | 100.00 | $246.78 | PRIORITY UNSECURED<br>CLM#: 0030<br>ACCT: 4319<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC.<br>P.O. BOX 3025<br>NEW ALBANY, OH  43054 | 40.00 | $4,407.68 | UNSECURED CREDITOR<br>CLM#: 0013<br>ACCT: 2718<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 18-12935

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| FIRST PREMIER BANK<br>P.O. BOX 5524<br>SIOUX FALLS, SD 57117-5524 | 40.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0014<br>ACCT: 2089<br>COMMENT: |
| FIRST PREMIER BANK<br>P.O. BOX 5524<br>SIOUX FALLS, SD 57117-5524 | 40.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0015<br>ACCT: 6108<br>COMMENT: |
| FIRST SAVINGS CREDIT CARD<br>PO BOX 5019<br>SIOUX FALLS, SD 57117-5019 | 40.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0016<br>ACCT: 2066<br>COMMENT: |
| FORT HAMILTON HOSPITAL<br>630 EATON AVENUE<br>HAMILTON, OH 45011 | 40.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0017<br>ACCT: GN56<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 100.00 | $2,430.36 | PRIORITY UNSECURED<br>CLM#: 0005<br>ACCT: 4319<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 40.00 | $92.44 | UNSECURED CREDITOR<br>CLM#: 0029<br>ACCT:<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 953185<br>ST. LOUIS, MO 63195 | 40.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0018<br>ACCT: 6144<br>COMMENT: |
| KETTERING HEALTH NETWORK<br>2110 LEITER ROAD<br>MIAMISBURG, OH 45342 | 40.00 | $966.45 | UNSECURED CREDITOR<br>CLM#: 0019<br>ACCT: 5992<br>COMMENT: |
| MARINER FINANCE, LLC<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM, MD 21236 | 100.00 | $657.79 | SECURED CREDITOR<br>CLM#: 0002<br>ACCT: 6026<br>COMMENT: |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P.O. BOX 10368<br>GREENVILLE, SC 29603 | 40.00 | $4,983.51 | UNSECURED CREDITOR<br>CLM#: 0020<br>ACCT: 5692<br>COMMENT: |
| OHIO EMERGENCY PROFESSIONALS<br>6681 COUNTRY CLUB DRIVE<br>GOLDEN VALLEY, MN 55427 | 40.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0021<br>ACCT: HT61<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOCIATES<br>P.O. BOX 12914<br>NORFOLK, VA 23541 | 40.00 | $858.77 | UNSECURED CREDITOR<br>CLM#: 0022<br>ACCT: 4048<br>COMMENT: |

PAGE 3 - CHAPTER 13 CASE NO. 18-12935

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT, LLC<br>P.O. BOX 41021<br>NORFOLK, VA 23541 | 0.00 | $0.00 | NOTICE ONLY<br>CLM#: 0001<br>ACCT:<br>COMMENT: SYNCHRONY BANK JCPENNEY CREDIT CARD |
| QUANTUM3 GROUP, LLC<br>P.O. BOX 657<br>KIRKLAND, WA 98083 | 40.00 | $1,335.76 | UNSECURED CREDITOR<br>CLM#: 0026<br>ACCT: 9991<br>COMMENT: |
| RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE, SC 29603-0587 | 40.00 | $592.91 | UNSECURED CREDITOR<br>CLM#: 0011<br>ACCT: 0187<br>COMMENT: |
| SN SERVICING CORPORATION<br>323 5TH STREET<br>EUREKA, CA 95501 | 100.00 | $0.00 | (2018) ONGOING MORTGAGE (DUE DATE)<br>CLM#: 0028<br>ACCT: 4265<br>COMMENT: BEGIN AUGUST 2018 |
| SN SERVICING CORPORATION<br>323 5TH STREET<br>EUREKA, CA 95501 | 100.00 | $812.37 | (2018) PREPETITION ARREARS<br>CLM#: 0003<br>ACCT: 4265<br>COMMENT: |
| SN SERVICING CORPORATION<br>323 5TH STREET<br>EUREKA, CA 95501 | 100.00 | $0.00 | (2018) GAP PAYMENTS<br>CLM#: 0004<br>ACCT: 4265<br>COMMENT: SEE PREPETITION ARREARS |
| SOTTILE & BARILE<br>P.O. BOX 476<br>LOVELAND, OH 45140 | 0.00 | $0.00 | NOTICE ONLY<br>CLM#: 0027<br>ACCT:<br>COMMENT: U.S. BANK TRUST N.A. |
| SYNCHRONY BANK<br>P.O. BOX 960061<br>ATTN: BANKRUPTCY DEPT.<br>ORLANDO, FL 32896-0061 | 40.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0023<br>ACCT: 5960<br>COMMENT: |
| SYNCHRONY BANK<br>P.O. BOX 960061<br>ATTN: BANKRUPTCY DEPT.<br>ORLANDO, FL 32896-0061 | 40.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0024<br>ACCT: 4654<br>COMMENT: |
| SYNCHRONY BANK<br>P.O. BOX 960061<br>ATTN: BANKRUPTCY DEPT.<br>ORLANDO, FL 32896-0061 | 40.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0025<br>ACCT: 6167<br>COMMENT: |

PAGE 4  -  CHAPTER 13 CASE NO. 18-12935

    **The percentage in this case has been calculated to be 40.00% at a minimum.  If this is a pot plan, and if additional claims are filed, otherwise withdrawn or disallowed, the percentage in this case may be adjusted.**

    **Any objection to a claim must be filed pursuant to LBR 3007-1.  File an objection to the CLAIM, not to the Notice.**

    **When relief from stay is granted, or the claim has otherwise been paid, the claim balance will be reflected as zero.**

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Tammy E. Stickley, Esq.
Staff Attorney
Attorney Reg No. OH 0090122

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
tstickley@cinn13.org

PAGE 5  -  CHAPTER 13 CASE NO. 18-12935

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing Notice of Intentions to Pay Claims was served  **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

   by **ordinary U.S. Mail** on February 07, 2019 addressed to:


Debtor(s):
OLIVIA CARDWELL
1108 CHESTNUT ST.
HAMILTON, OH  45011

                                               /s/    Margaret A. Burks, Esq.
                                                     Margaret A. Burks, Esq.